### ACORMAN contᵃ VALENTINE

Richard Acorman plaint. agᵗ Thomas Valentine Defendᵗ in an action of the case for unjustly and illegally breakeing open a chest

of the s$^d$ Acormans whereby the plaint. is greatly damnified by the looseing of the plaint$^s$ Clothes and Booke of Accounts and other writings of great concernm$^t$ which was in the s$^d$ Chest with all other due damages &c. . . . The Iury . . . found for the Defend$^t$ costs of Court Allowed twenty Shillings   The plaint. Appealed from this Iudgem$^t$ unto the next Court of Assistants, and put in Security for prosecut$^n$ of his Appeale to effect.